UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division



GREGORY V. DOUGLAS,

    Plaintiff,

v.

ACTION NO. 4:10cv80

D.B. VIRGINIA, LLC
d/b/a HAROLD PENER
MAN OF FASHION,
D.B. MARYLAND, LLC
d/b/a HAROLD PENER
MAN OF FASHION,
and
D.B. PENER, INC.,

    Defendants.

## FINAL ORDER

This matter comes before the court on the Amended Joint Motion to Dismiss, filed by the defendants on October 25, 2010. A Memorandum in Opposition was filed by the plaintiff on November 5, 2010. A Rebuttal Brief was filed by the defendants on November 10, 2010. The matter was referred to a United States Magistrate Judge by Order of November 12, 2010, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion.

The United States Magistrate Judge's Report and Recommendation was filed on December 13, 2010. The magistrate judge recommended granting defendants' Amended Joint Motion to Dismiss on the basis of improper venue.

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed December 13, 2010. Accordingly, the defendants' Amended Joint Motion to Dismiss is **GRANTED**, and the case is hereby **DISMISSED**.

The Clerk shall forward a copy of this Final Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
United States District Judge

**UNITED STATES DISTRICT JUDGE**

Norfolk, Virginia

January 10, 2011